- 1 -

1 Your Name: Bradley Carl Hullinger
2 Address: 5714-5720 International Blvd., Oakland, CA 94102
3 Phone Number: (720) 291-3312
4 Fax Number:
5 E-mail Address: hullinger.brad@gmail.com
6 Pro Se Plaintiff

**FILED**

OCT 30 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Bradley C. Hullinger
Plaintiff,

vs.

X Corp
Defendant.

Case Number  **CV23-5590**  [leave blank]  **HSG**

**COMPLAINT**

DEMAND FOR JURY TRIAL
Yes [ ]   No [X]

**PARTIES**

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: Bradley Carl Hullinger
Address: 5714-5720 International Blvd, Oakland, CA 94102
Telephone: (720) 291-3312

COMPLAINT
PAGE ___ OF ___   [JDC TEMPLATE – Rev. 05/2017]

- 2 -

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: X Corp

Address: Market Square, 1355 Market St. Suite 900, San Francisco, CA 94103

Telephone: (720) 291 3312

Defendant 2:

Name: _____

Address: _____

Telephone: _____

Defendant 3:

Name: _____

Address: _____

Telephone: _____

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

☒ under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] Copyright _____

_____.

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT
PAGE ___ OF ___  *[JDC TEMPLATE – Rev. 05/2017]*

## VENUE

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]*

4. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☒ at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5. Because this lawsuit arose in __San Francisco__ County, it should be assigned to the __San Francisco__ Division of this Court.

## STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

1. X Corp is using copyrighted material to now run the search of their database. The searches of the tables (imagine an Excel spreadsheet), can facilitate search bar and login functionality in Twitter's app.

COMPLAINT
PAGE ___ OF ___   *[JDC TEMPLATE – Rev. 05/2017]*

-4-

2. The GitHub profile which contains the information where I publish the material is ~~to~~ www.github.com/hullingb.

3. ~~a~~ Copyright filed for the Alphabetical Search Engine on 9/19/2023 Case # 1-13006871391

4. Patent filed for Alphabetical Search Engine filed on 9/11/2023 Application # 18/465,146

5. The Alphabetical Search Engine does this:
1) It takes a table of out-of-order account names and puts them into a list.
2) The engine sorts the list in alphabetical order
3) The engine puts the account names in 26 different table by first letter only
4) Takes a user input
5) Searches only the table matching the first letter of the search input ~~and returns~~
6) Returns the results by most matching characters in-a-row.

//
//

COMPLAINT
PAGE ___ OF ___   [JDC TEMPLATE – Rev. 05/2017]

1. The Alphabetical Index contains the Alphabetical order I pursuit the special case Hughes tub company holding

2. The Copyright filed for The Alphabetical Search Report on 6/19/2023
Case # 1-13068579/

4. Patent filed for Alphabetical Search Engine Filed on 9/11/2023
Application # 18,465,148

5. The Alphabetical search engine plays times.
(1) It has a look of cut-of-order access.
(2) The search letters list the alphabetical order
(3) It searching gets the search engine to
(4) SC interests follow by first letter only
(5) Takes a search input.
(6) Sorting only the input matches the first letter of search input alphabetical returns the search, not matching characters.

- 5 -

# CLAIMS

## First Claim

(Name the law or right violated: __Copyright Infringement__)

(Name the defendants who violated it: __X Corp__)

[Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

1. X Corp is currently using my copyrighted and patent-pending Java software program I call the Alphabetical Search Engine to perform searches in Twitter's database.

2. The engine reduces processing for matching characters in a row search results, by 95%. The old algorithm searched every single account name each time a search or login happens.

3. Not only does the Alphabetical Search engine provide the search algorithm that Twitter <u>did</u> not have before September 2022.

4. In November 2022, I began working on the Search Algorithm for Twitter. Employees of Tesla brought to Twitter spoke in the news about how Twitter is unsearchable with current Algorithm.

5. Prior to 2022 September, people search Twitter either searching for full phrases from Tweets, or simply use Google for the links to a specific profile, which I give to Twitter through my github.

6. In January 2023, I have the idea to re-arrange the database contents for faster searchability.

7. In November, 2023, I give the engine to Twitter.

- 7 -

## DEMAND FOR RELIEF

[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]

1. I am trying to collect $100,000,000 one-time ~~per year~~ for reducing Twitter's processing by 95% for search bar and login functionality. At Amazon, they spend $50 billion on servers per year. The amount of electricity they spend per year to process logins and search bar functionality is around $4 billion across Amazon's 30+ subsidiaries, according to ChatGPT. Amazon does not publish server info, but Twitter only spends a total of $1 Billion on servers annually.

## DEMAND FOR JURY TRIAL

[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 10/30/2023    Sign Name: Bell
                    Print Name: Bradley Carl Hullinger

COMPLAINT
PAGE ___ OF ___   [JDC TEMPLATE – 05/17]

COMPLAINT

The Plaintiff, Bradley Carl Hullinger, hereby complains against the Defendant, Twitter, Inc. (now known as X Corp), as follows:

1. The Plaintiff is a software consultant and resident of the State of California and the Defendant is a Delaware corporation and social media company with its principal place of business in San Francisco, California.
2. On or about April 1, 2022, to January 1, 2023, the Defendant implies over social media to the understanding of the public that an unknown party is to be made CEO of Twitter after the purchase.
3. At the time of purchase, Twitter, Inc. has only has a full-word matching search algorithm, where users search for account names through fully-typed words or phrases in tweets.
4. On or about December 1, 2022, the Plaintiff developed a character-matching search algorithm and filtering system, returning only names and hashtags that most closely match a user's search, what we call "suggestions", "recommendations", or "auto-complete".
5. On or about November 14, 2022, the Plaintiff gives George Hotz, intern at Twitter in charge of search, access to it's "GitHub" at github.com/HULLINGB, where a character-matching search algorithm called "TwitterSearchAlgorithm" is posted. The Defendant then used the code to develop its own software. The Defendant's code looks like "SELECT AccountName AS MatchingChars FROM Twitter WHERE AccountName LIKE CONCAT(%, input, %) ORDER BY MatchingChars GROUP BY AccountName DESC; in a software program like Java. The Plaintiffs code looks like "SELECT AccountName FROM Twitter WHERE AccountName = " + (then do Java loops and if statements to count characters-in-a-row).
6. On or about January 28th, 2023, an Elon Musk spam account reaches out to the Plaintiff on Instagram, telling the Plaintiff to email a resume to elonreevemusk197100@gmail.com, and then replies "how much?". The resume has a link to the github.com/HULLINGB. On or about February 12, 2023, the Plaintiff messages the Defendant on Instagram @elonmusk demanding they pay for the algorithm and "get a move on [with hiring the Plaintiff]", the Defendant swears at the Plaintiff over Instagram DMs, then proceeds to "block" the Plaintiff. (To help establish proof of a meeting of the minds).
7. On or about September 8th, 2023, Plaintiff develops the Alphabetical Search Engine. The software sorts a database of account names in alphabetical order, then creates 26 tables (one for each letter of the alphabet), puts the account names in each table by first letter only, then takes in an input from a user, then uses the above search algorithm to search only the table that matches the first letter of the input, reducing processing by up to 95%. Patent is filed for the invention on 09/11/2023. Copyright is filed on 09/19/2023.
8. On or about September 13th, 2023, Plaintiff is made aware that the Alphabetical Search Engine has been disclosed to Jeff Bezos of Amazon.com, Inc., and Larry Ellison of Oracle Corporation, and Tim Cook of Apple, by the Defendant. Amazon runs 260 data centers and spends an estimated $4 billion annually in electricity for login and search functionality across all of their companies.
9. As a result of the Defendant's copyright infringement, the Plaintiff has suffered damages, including but not limited to lost profits, emotional distress, damage to it's reputation and career path for which the Defendant is liable.

WHEREFORE, the Plaintiff demands judgment against the Defendant for:

(a) Compensatory damages in the amount of $100,000,000;
(b) Punitive damages;
(c) Any other relief that the court deems just and equitable.

Dated: October 20th, 2023   *BCH*

Bradley Carl Hullinger

Signature: _____