*Exhibit 10 (Notes)* [handwritten]

Notes for Attorney:

-George Hotz, hired at Twitter as "intern" in charge of "Search" - According to TechCrunch magazine.
(ElonAgreeingToHireGeorgeAtTwitter.jpg, TwitterNewsPublishingGeorgeHotzHiring.jpg)
*Exhibit 1*     *Exhibit 2* [handwritten]
-George is hired at Twitter in November 2022 as intern in charge of search.
(TechCrunchArticleGeorgeHotz.jpg, DifferentSourcesVerifyingGeorgeWasHired.jpg)
*Exhibit 3*     *Exhibit 4* [handwritten]
-George Hotz asks at all-hands meeting at Twitter "What is the quality of the Twitter search algorithm?"

-George Hotz asks at all-hands meeting at Twitter "What would get you to use the Twitter search algorithm
instead of using Google to search Twitter"?

-George Hotz asks Andrej Karpathy about quality of the Twitter search algorithm. He responds "I search Twitter
using Google". Andrej is former Director of AI at Tesla.
(TechCrunchArticleGeorgeHotz.jpg, AndrejKarpathyAskedAboutTwitterSearch.jpg).
*Exhibit 5* [handwritten]
Reference:
George Hotz coverage on TechCrunch

https://techcrunch.com/tag/george-hotz/

https://techcrunch.com/2022/11/21/george-hotz-hacker-and-long-time-frenemy-of-elon-musk-signs-on-for-12-weeks-
at-twitter/


-This is all proof that Twitter DID NOT have the algorithm in question.

-I start working on SearchAlgorithmForTwitter.java on November 26th, 2022. George Hotz
says via Twitter he needs a program that will "tokenize" the search input to try to match
against usernames.
(EarliestPushToGithub.png).
*Exhibit 6* [handwritten]
-January 28th, 2023, Elon Musk spam account reaches out to me on Instagram telling me to email
elonreevemusk197100@gmail.com my "CV" meaning resume. I email my resume to the email address and a reply is
sent back asking "how much would you like to invest". I respond $16 million.
(EmailsToElonResume1.jpg, EmailsToElonResume2.jpg, EmailsToElonResume3.jpg)
*Exhibit 7*     *Exhibit 8*     *Exhibit 9* [handwritten]
-In November 2022 I commented on George's post "I would work with you bro!! github.com/hullingb", excited to
have the chance to work with this particular individual, he is famous for PS3 jailbreaker and iPhone modder.
(CommentToGeorgeHotz.jpg, ProofIOwnTheGithub.png)
*Exhibit 10*     *Exhibit 11* [handwritten]
-Name change to my branch from SearchAlgorithmForTwitter to TwitterSearchAlgorithm (December 1st
github.com/hullingb), and Upload TwitterSearchAlgorithm.java to replace SearchAlgorithmForTwitter.java
(GitHubBranchNameChange.png)


-The output of the algorithm now shows the use of a chars-in-a-row search algorithm.
(ProofOfMathematicallyPerfectSearchResults2-NotFollowingRyan.jpg, *Exhibit 12* [handwritten]
ProofOfMathematicallyPerfectSearch-WhenFollowingRyan.jpg, RunningMySearchAlgorithmToMatchTwitterResults.jpg,
SearchResultsForAlex.jpg, *Exhibit 15*   *Exhibit 13*   *Exhibit 14* [handwritten]
SearchResultsForAlexandria.jpg, SearchResultsForAri.jpg, SearchResultsForElo.jpg)
*Exhibit 16*     *Exhibit 17* [handwritten]
-Prior to October 2022, Twitter's search used to return tweets that either contained a word or a phrase (not
exactly good search capability, because the word 'the' is in billions of tweets). It takes a character
matching algorithm to return account names as they appear now. Prior to October 2022, custom lists appeared
when you typed one letter, such as "a" into the search. Now when you try to search for "GOP" for example, it
now returns the top hash tags (hashtags are 1 word, you need a character matching algorithm, not an algorithm
that searches for separate words), and the top matching accounts (character matching algorithm). Bard told me
the search used to attempt to return full words in Tweets to find Tweets people were searching for. It is now
using a character matching algorithm to suggest hashtags and usernames when you do a search in Twitter.
(TwittersOldSearch.txt, AlgorithmDifferencesPriorTo2022.pdf)
*Exhibit 18*     *Exhibit 19* [handwritten]
-Twitter used custom lists before October 2022, that I believe they would sell the positions to top searches,
such as the letter "a" which would show a kanyewest-related account. I believe the search might have worked
for exact entries. Ie. if you search for the exact username, because the search used to be able to find
phrases in tweets.

-Bard says to me
"Yes, that's correct. Before 2022, Twitter's search algorithm used to search for full words in tweets in order
to find an account they were looking for. This meant that if you wanted to find the account for Elon Musk, you

would have to search for the full word "ElonMusk". If you searched for just "Elon" or "Musk", Twitter would
not return the account in the search results."
(SearchElon.jpg, TwittersOldSearch.txt, AlgorithmDifferencesPriorTo2022.pdf, ProofIHadTheseConvosWithBard.png)
      Exhibit 17        Exhibit 18        Exhibit 19                              Exhibit 20
if(username == input)
{
 //SHOW USERNAME HERE
}

-If you searched "ryanreynolds" before, it would only return the exact match of "ryanreynolds"

-The search now searches through a few different tables instead of just one table with every username ever
created on Twitter. It first searches your following, then searches a "verified accounts" table, then searches
through the standard usernames table.

-The fact it doesnt show the verified Ryan Reynolds when im not following Ryan on Twitter, but
instead shows the most matching character accounts is proof of a mathemtical algorithm being used.
The results after the exact ryanreynolds (with yellow Simpsons face), are the ones in order from later entries
in the database to the earlier entries. His name is vancityreynolds, so "ryanreynolds" won't match his
verified main account unless you are following him, because the of the results from a smaller table.

(SearchResultsForRyanReynolds.jpg
vs.
SearchResultsWhenFollowingRyanReynolds.jpg)

-Twitters filter on the output results just has to filter through more accounts than the number of usernames i
showed in:
(RunningMySearchAlgorithmToMatchTwitterResults.jpg)

-The changes could be done in a matter of minutes

-If characters-in-a-row is the same for 2 accounts, they will be outputed by placement in the database in
order.

-There is no alphabetical sort in the tables themselves, only placement from later in the database to earlier
in the database (imagine an excel spreadsheet) or "sequence"



Changes that i can note have been made:

-The algorithm now doesnt break at the beginning if the first character doesnt match. It will find the word
"ari" if it is a middlename or last name now. ie @TheBeatWithAri or @TiffanyATrump or "TiffanyArianaTrump". It
searchs for any "ari" instead of breaking the loop after the first character if it doesnt match the first
letter.



Computer science portion:

The statement for SQL to pull every username for comparison:
Imagine an excel spreadsheet.

```
for(int i = 0; i < length; i++)
{
 Select username FROM Twitter WHERE AccountNumber = i;
}

for(int i = 0; i < array1.length; i++)
{
    if(array1[i] == array2[i])
    {
       charsInARow = charsInARow + 1;
       }else{
         break;
        }
}
```

//get an arrayList of every usernames matching charsInARow

//create a Hashmap

```
Hashmap<Integer, String> map = new Hashmap<Integer, String>();
```

```
//Integer is value1

//put each charsInARow into the hashmap along with a numerical value for each AccountNumber

map.put(arrayList.get(i), i);

//Then we sort the arrayList.
//Sort arrayList of charsInARow in descending order (Highest to lowest numerical value)

map.get(charsInARow) and arrayList.get(i) both pull values from them.

In Hashmaps, map.get() can be used to pull the second value using the first value.
ie. map.put(value1, value2).

//Then we will use the below SQL using the sort arrayList that holds the now
//sorted (Highest to Lowest) matching charsInARow. Using that value in map.get(charsInARow)
//will pull the AccountNumbers.

//We can then select each username from the Twitter table where the AccountNumber "value2" equals the
//referenced value that gets pulled by inserting the charsInARow "value1".

for(int i = 0; i < length; i++)
{
 Select username FROM Twitter WHERE AccountNumber = map.get(arraylist.get(i));
}
```

-I message @elonmusk on Instagram telling him to resign from CEO of Twitter and get the ball rolling for me
financially (He is aware he used my code and he is aware I think I will be hired at Twitter). He Then DMs me
"You're a real piece of $h!t", "Swearing at me and demanding I do things", "Get back to Fortnite you little
dweeb." Then proceeds to block me. I can prove the account is blocked if we google search "Elon Musk" and try
to go to the Instagram account it lists.
(InstagramConversation.jpg)
        Exhibit 21
-Elon states copyrights are a plague on Twitter.
(ElonsStatesOnTwitterCopyrightsArePlague.jpg)
        Ekuibit 22
-July 6th, 2023. I file a copyright titled "Twitter Search Algorithm".
(CopyrightRegistration.png).
        Exhibit 23
-July 7th I file a non-provisional utility patent online. Application #18/348,656
(PatentReceipt.png, PatentRegistrationForTwitterSearch.png, PatentRegistrationForTwitterSearch2.png)

-July 8th I send supporting documents to USPTO for patent application including
Specification, Patent Description and Claims, forms PTO/SB/14, PTO/AIA/01, PTO/SB/15A,
PTO/SB/16, and PTO/SB/08a.
(CertificateOfTransmission.pdf, CertificateOfTransmission2.pdf)

-George Hotz leaves Twitter December 20th 2022. Says "Appreciate the opportunity, but didn't think there was
any real impact I could make there."
(GeorgeHotzLeavesTwitter.png, GeorgeHotzLeavesTwitter2.png)
        Exhibit 24
-I believe Elon has done business with my Step Father, who is the ex longtime CEO
Of Arrow Electronics, a fortune 200 company. The distribute parts used in smartphones and
cars. Arrow is a sponsor of the Indy 500, so they like to "show off" their work in vehicles
Specifically. They are also both affiliated with the Republican Party.

-I have been interviewed by Google and Meta. My app is a top listing in a high traffic search.
Im just known from my entrepreneurial efforts in 2018 and now recently in 2022 with Virtual Pay.
(HowImKnownInTheCommunity.png, CircumstantialProofThatImKnownAtGoogle.jpg)
        Exuibit 26          Exhibit 26
-I invoice Twitter July 10, 2023.
(TwitterInvoice.docx, InvoiceCertifiedMail.jpg).


To close:

-What was implied on social media and in the news and what the average person expected to be the outcome of
the Twitter purchase. That someone (who is not Linda Yaccarino) would be the CEO of Twitter.

-Changing the algorithm to fully SQL doesn't change the algorithm, psuedocode is in plain English usually. The
defendant and his engineers could study the code and expand to a fully SQL statement

Where MySQL does the result sort and filtering whereas I did the result sort and filtering in a little more Java-like statement with an intermediate understanding of SQL.

-Substring() method is only 2 loops different than a standard character matching algorithm. Twitter May be using substring(), but the code I wrote will make that SQL code work (it is written with C++ statements that look exactly like Java). Its not different enough.

-"Like" statement from MySQL, example SELECT * FROM table_name WHERE column_name LIKE '%John Doe%'; The LIKE operator is used to match specific characters or ranges of characters. LIKE can do specific characters using substring() method which finds the the set of characters anywhere in the String, example: SELECT * FROM table_name WHERE column_name LIKE '%J*n%';

-"ORDER BY COUNT(AccountName) DESC" will sort the results by the most "LIKE" (characters-in-a-row), in descending order, "DESC" is descending order.

-This is the same as saying my lines:
```
  HashMap<Integer, String> map = new HashMap<>();
  for(long b = 0; b < length2; b++)
  {
   map.put(array3.get(b), String.valueOf(b));
  }
  Collections.sort(array3, Collections.reverseOrder());
  int m = 1;
  int n = 0;
  String[] array7 = new String[num];
  ResultSet topResult;
  for(int i = 0; i < num; i++)
  {
  topResult = database.executeQuery("SELECT Username FROM Twitter WHERE AccountNum = " +
map.get(array3.get(i)));

  }
  for(int i = 0; i < num; i++)
  {
  System.out.println(topResult.getString(i);
  }
```

-Without these lines of code, "ORDER BY COUNT(AccountName) DESC" wouldn't work. This is code behind the MySQL language, OR something very very similar. TwitterSearchAlgorithm.java is many of the most baritone statements.

-The statements such as variables, loops, and if statements are the 99% the same syntax in C++, C, C#, and Java. The classes and associated concepts are similar in C++, C, C#, and Java. If the backend code is written in a different language than Java this will not change the algorithm, even if the language is MySQL which is basically plain English.

-Based on George's behavior on Twitter and in the news, the indications that my code was either directly used to influence the development of (or assist ChatGPT in the development of) a Character-matching MySQL database search algorithm, because these statements will be required to assist an AI to develop it.

-The words "character-matching MySQL database search algorithm" need to be typed into Bard in order for it to develop the algorithm "SELECT AccountName FROM Twitter WHERE AccountName LIKE CONCAT('%', " + input + ", '%') ORDER BY COUNT(AccountName) DESC" or the code in TwitterSearchAlgorithm.java directly.

Before Alphabetical Search Engine (all case for why Elon Musk watches my GitHub, I have also bee

_____

After the Alphabetical Search Engine

-On or about 09/09/2023, I develop the Alphabetical Search Engine. The program takes the existing database of Twitter, sorts them in alphabetical order, then creates 26 tables (one for each letter of an alphabet), then places the Account Names in the tables corresponding their first letter. The program will then allow a place for a user input, then searches only the table that matches the first letter of the input. This was given to Elon musk over twitter because we are now following each other again. Me from my account, and 10 side accounts from Elon. He is my most frequent follower.

-On or about 09/11/2023, I file the patent, application number 18/465,146.   Exhibit 27

-On or about 09/18/2023, I file the copyright, case# 1-13006813981 Literary Work Alphabetical Search Engine.
                                                                              Exhibit 28
-On or about 10/18/2023 To my knowledge the defendant has disclosed the algorithm to multiple parties including Oracle, Meta, Microsoft (although they own GitHub so they stole it themselves and pushed a licensing agreement to my phone browser the next day), and Google.

Court written notes

Exhibits

Exhibit 29 - Alphabetical
            Search Engine
            program in
            text

Exhibit 30 - Search results b.jpg

Exhibit 31 - Search results brad.jpg
Exhibit 32 - Search results bradp.jpg
Exhibit 33 - Search results ja.jpg
Exhibit 34 - Patent Claims.txt

techcrunch.com

Exhibit 701

"long hours at high intensity" or take three months of severance), Hotz further tweeted that he would be "down for a 12-week internship at Twitter for the cost of living in SF."

Musk soon tweeted in response, "Sure, let's talk."

> **I'll put my money where my mouth is. I'm down for a 12 week internship at Twitter for cost of living in SF.**
>
> **It's not about accumulating capital in a dead world, it's about making the world alive.**
>
> **— George Hotz**
> **(@realGeorgeHotz)**
> **November 16, 2022**

And just like that, the New Jersey native has started his "internship," he said today on the platform. It sounds like a hefty internship at that. As Hotz describes it on Twitter, he's in charge of search for the social media outfit.

4:24   *Exhibit 2*   5G �. 28%

| News | Images | Videos | Books | Shoppi |

---

Twitter
https://twitter.com › status

## George Hotz, hacker and long-time frenemy of Elon Musk, signs ...

George Hotz, hacker and long-time frenemy of Elon Musk, signs on for 12 weeks at Twitter https://tcrn.ch/3TVjBAf by. @cookie ·...

---

https://twitter.com › status

## Nov 2, 2022

Nov 2, 2022 — techcrunch.com. George Hotz, aka 'geohot,' is leaving Comma.ai for a lofty AI project....

---

https://twitter.com › status

## George "Geohot" Hotz Presents the Comma One (full panel)

George "Geohot" Hotz Presents the Comma One (full panel) #TCDisrupt http://snpy.tv/2cLlrR5 · 9:42 PM ...

---

## People also ask

What is George Hotz doing now?

How much is Twitter worth?

11:34  5G 72%

Exhibit 3



GitClear
Quicker code review

Open

# Hacker George Hotz, long a frenemy of Elon Musk, signs on for 12 weeks at Twitter

**Connie Loizos**

@cookie  /  11:15 pm PST • November 21, 2022



**Image Credits:** Steve Jennings / Getty Images

A lot has been made of Twitter's shrinking workforce, which is reportedly at 2,300 people,

4:26

5G 27%

*Exhibit 4*

News    Images    Videos    Books    Shoppi

---

**K** Kotaku
https://kotaku.com › elon-musk-twit...

## PS3 Hacker Hired To Fix Twitter By Elon Musk Just Quit, Yikes

Dec 22, 2022 — PS3 Hacker Hired To Fix Twitter By Elon Musk Just Quit, Yikes ... A photo of George Hotz speaking at the TechCrunch Disrupt conferen...

---

**y!** Yahoo Finance
https://finance.yahoo.com › news

## PS3 Hacker Hired To Fix Twitter By Elon Musk Just Quit, Yikes

Dec 22, 2022 — Twitter has been a sinking ship ever since billionaire jerk Elon Musk took it ... A photo of George Hotz speaking at the TechCrunch Disrupt ...

---

**in** LinkedIn
https://www.linkedin.com › posts

## Twitter could be run by 50 people. Everyone serious in the software...

Twitter could be run by 50 people. Everyone serious in the software industry knows this. The issue is insecure people not wanting to admit it, as a lot of...




11:40    5G 71%

Exhibit 5

google.com/amp  +  2

techcrunch.com

**— George Hotz** 
**(@realGeorgeHotz)**
November 22, 2022

Hotz is doing his part, seemingly, including reaching out to recent rivals to see if they might be interested in teaming up on its turnaround. Today, specifically, Hotz asked Andrej Karpathy, a former director of AI at Tesla who led the computer vision team of Tesla Autopilot, if he wanted a job at Twitter after Karpathy weighed in with an answer to a question Hotz posed.

Hotz's question? "How do you feel the quality of Twitter search is? What would get you to use Twitter search instead of Google?" Karpathy's answer: "I search twitter on google with site: https://twitter.com/. Works quite well."

Exhibit 6



Commits on Nov 28, 2022

Update SearchAlgorithmForTwitter.java
HULLNGB committed on Nov 29, 2022          f0cb05a

Update SearchAlgorithmForTwitter.java
HULLNGB committed on Nov 29, 2022          24be531

Update SearchAlgorithmForTwitter.java
HULLNGB committed on Nov 29, 2022          8ac3c20

Update SearchAlgorithmForTwitter.java
HULLNGB committed on Nov 29, 2022          270b2f0

Commits on Nov 28, 2022

Update SearchAlgorithmForTwitter.java
HULLNGB committed on Nov 28, 2022          188c9c2

Update SearchAlgorithmForTwitter.java
HULLNGB committed on Nov 28, 2022          b08e6d9

Update SearchAlgorithmForTwitter.java
HULLNGB committed on Nov 28, 2022          d22c911

Update SearchAlgorithmForTwitter.java
HULLNGB committed on Nov 28, 2022          ca2c67e

Commits on Nov 26, 2022

Create SearchAlgorithmForTwitter.
HULLNGB committed on Nov 26, 2022          fa33d6d

Newer   Older

Exhibit 7

M Gmail

Compose

**Inbox**
Starred
Snoozed
Important
Sent
**Drafts**
**Categories**
More

**Labels**
[Imap]/Drafts
[Imap]/Sent

🔍 in:sent elonmusk

CV   Inbox ×

**Brad Hullinger**
Hello Elon, Here is my CV. Regards, Brad

**Elon Musk**
Hello Brad, I'd review it and let you know. So tell me, how much would you like to invest?

**Brad Hullinger** <hullinger.brad@gmail.com>
to Elon ▾

Hello Elon.

I would like $16 million per year.

Regards,
Brad

↩ Reply    ↪ Forward

Sat, Jan 28, 1:54 AM

Sat, Jan 28, 7:49 AM

Sat, Jan 28, 8:38 AM

Enable desktop notifications for Gmail.   OK   No thanks   ✕

Exhibit 8

🔍 insert elonmusk                                    ✕   ⇅

CV   Inbox ×                                          11 of 11   ‹ ›

**Brad Hullinger** <hullinger.brad@gmail.com>          Sat, Jan 28, 1:54 AM
to elonreevemusk9710@gmail.com ▾

Hello **Elon**,

Here is my CV.

Regards,
Brad

One attachment • Scanned by Gmail ⓘ

📄 Resume.pdf

---

**Elon Musk**                                          Jan 28, 2023, 7:49 AM
Hello Brad, I'd review it and let you know. So tell me, how much would you like to invest?

**Brad Hullinger** <hullinger.brad@gmail.com>          Jan 28, 2023, 8:38 AM
to Elon ▾

Hello **Elon**,

I would like $16 million per year.

---

☰ **M** Gmail

✏️ Compose

📥 Inbox            4
⭐ Starred
🕐 Snoozed
📌 Important
➤ Sent
📄 Drafts          73
▽ Categories
More

Labels            +
[Imap]/Drafts
[Imap]/Sent

Enable desktop notifications for Gmail.   OK   No thanks   ✕

mail.google.com/mail/u/0/#search/in%3Asent+elonmusk/KtbxLhRXFRxKZZbcNGDtiLQFCzX8nKnGq

N Netflix      M CV - hullinger.brad@gmail.c...

Exhibit 9

Netflix | Bard | CV - hullinger.brad@gmail.co

mail.google.com/mail/u/0/#search/in%3Asent+elon+musk/KtbxLthRXFRxKZZbcNGDtlLQFCzXBnKnQq

Gmail

in:sent elon musk

Compose

- Inbox 4
- Starred
- Snoozed
- Important
- Sent
- Drafts 73
- Categories
- More

Labels

- [Imap]/Drafts
- [Imap]/Sent

11 of 11

**Brad Hullinger** <hullinger.brad@gmail.com> — Sat, Jan 28, 1:54 AM
to elonreevemusk197100@gmail.com

Hello Elon,

Here is my CV.

Regards,
Brad

One attachment • Scanned by Gmail

Resume.pdf

**Elon Musk** <elonreevemusk197100@gmail.com> — Sat, Jan 28, 7:49 AM
to me

Hello Brad, I'd review it and let you know..
So tell me, how much would you like to invest?

...

**Brad Hullinger** <hullinger.brad@gmail.com> — Sat, Jan 28, 8:38 AM
to Elon

Hello Elon,

I would like $16 million per year.

Regards,
Brad



*Exhibit 10*

## Comments

**georgehotz** ✔ 37w

does it blend?

**bradhullinger7** 28w

I would work with you bro 🙌🔥
github.com/hullingb

Reply

♡
1

**katherinesdeane** 37w

Does what blend?

Reply

♡
8

**kopkayan** 37w

Can you fix my printer?

Reply

♡
27

—— View 1 more reply

**marzie.rt** 37w

Hi.
You might not read this. But if you do,
please help us raise awareness about
#mahsaamini #مهسا_امینی
It's a real feminist movement
happening right now in Iran. It's also
against communism and oppressive
Islamic regimes.
With love from people of Iran❤️❤️

Reply

♡
10

View 10 more replies

       

 Add a comment for georgehotz... 

Exhibit 11



# Brad Hullinger
HULLNGB

SearchEngine.java given at request.

Resume:
https://drive.google.com/file/d/fiaKigDJX
lyUDVWMK6ruSZneepDAD/jDX/view?
usp=share_link

Edit profile

89 **60** followers · **78** following

🔗 Virtual Pay QR Version
https://play.google.com/store/apps/details
?id=brad.com.wallet.virtualpay

Achievements

□ Overview   🗐 Repositories **19**   ⊞ Projects   ⊕ Packages   ☆ Stars **176**

## Pinned                                              Customize your pins

🗐 **TwitterSearchAlgorithm** Public          🗐 **Search-algorithm** Public

Search algorithm for Twitter MySQL database    One search algorithm that searches for characters in a row match
                                               against a list of names and one search algorithm that searches for a full
                                               String in a list of phrases that include celebrity names.

● Java                                         ● Java

🗐 **Connection-SQL** Public          🗐 **Networking** Public

A program for communicating with a MySQL database and executing    Client communication to server via URL or client communication to
SQL statements with variables that change with our Scanner input    server via IP address and port

● Java                                         ● Java

🗐 **Lottery** Public          🗐 **Sorting-algorithm** Public

A completely functional lottery game with an algorithm for generating    Algorithm for performing an ascending sort
lottery ticket numbers and alerting the player when they have the
winning ticket

● Java                                         ● Java

## 382 contributions in the last year          Contribution settings ▾

 3:14 5G 40%

← ryanreynolds ×  *Exhibit 12*


**Ryan Reynolds** ✔
@VancityReynolds
👤 Following


**Ryan Reynolds**
@RyanReynolds


**Ryan Reynolds** ✔
@RyanReynoldsNFL


**Ryan Reynolds** ✔
@RyanReynoldsPGA


**Ryan Reynolds Fan**
@RyanReynoldsNet


**Ryan Reynolds Fan**
@RyanReynoldsHub


**Ryan Reynolds**
@ryanreynoldss27


**Ryan Reynolds**
@ryanreynolds_10


**Ryan Reynolds, PhD** 🇨🇦🦫
@ryanreynoldsphd

 |||  ○ ‹



 

←      ryanreynolds|      ✕

 **Ryan Reynolds**
@RyanReynolds

 **Ryan Reynolds** ✔
@RyanReynoldsNFL

 **Ryan Reynolds** ✔
@RyanReynoldsPGA

 **Ryan Reynolds Fan**
@RyanReynoldsNet

 **Ryan Reynolds Fan**
@RyanReynoldsHub

 **Ryan Reynolds**
@ryanreynoldss27

 **Ryan Reynolds**
@ryanreynolds_10

 **Ryan Reynolds, PhD** 🇨🇦🐻
@ryanreynoldsphd

 **Ryan Reynolds**
@ryanreynolds86

          

Exhibit 14

Hulu | Watch
Bard
Search-algorithm/SearchAlgor
Online Java Compiler - online
(no subject) - hullinger.brad@
onlinegdb.com/online_java_compiler
OnlineGDB beta
online compiler and debugger for c/c++
code. compile. run. debug. share.
IDE
My Projects
Classroom new
Learn Programming
Programming Questions
Sign Up
Login
Advance your JavaScript skills with free access to 5 Frontend Masters courses! No card required.
ADS VIA CARBON
About • FAQ • Blog • Terms of Use • Contact Us • GDB Tutorial • Credits • Privacy
© 2016 - 2023 GDB Online
SPONSOR Frontend Masters — Advance your JavaScript skills with free access to 5 Frontend Masters courses! No card required.
Run Debug Stop Share Save {} Beautify
Language Java
Main.java
public class Main
{
public static void main(String[] args)
{
String[] array = {"johnjacobs", "ryanreynoldshub", "robertdowneyjr", "ryanreynoldsnet","elonmusk", "oprahwinfrey
"selenagomez", "amandacerny", "ryanreynoldspga", "arianagrande", "bradhullinger", "anadear
"dualipa", "alexisren", "joebiden", "edwardnorton", "ryanreynoldsnfl", "markzuckerberg", "beyon
"justinbieber", "therock", "galgagot", "chrisbrown", "leonardodicaprio", "tomcr
"hughjackman", "ryanreynolds", "blakelively", "mattdamon", "sylvesterstallone", "camerondiaz", "georgeclooney", "stevensp
input
Please enter the name you are searching for
ryanreynolds
Account: ryanreynolds matches your search
array[52] Account number 53
has the most matching characters to your search
Account: ryanreynoldsnfl matches your search
array[33] Account number 34
has the most matching characters to your search
Account: ryanreynoldspga matches your search
array[14] Account number 15
has the most matching characters to your search
Account: ryanreynoldsnet matches your search
array[4] Account number 5
has the most matching characters to your search
Account: ryanreynoldshub matches your search
array[2] Account number 3
has the most matching characters to your search
...Program finished with exit code 0
Press ENTER to exit console.





Exhibit B
IS
ACH

←       alex                ✕

alex **albon**            ↖

alex **turner**
Trending                ↖

**Alex**ia                ↖

**Alexandra Daddario** ✔
@AADaddario
👤 Following

**Alex Pavlovic**
@PavlovicNBCS

**Alex Stein #99** ✔
@alexstein99

**Alexandria Ocasio-Cortez** ✔
@AOC

**Alex Morgan** ✔
@alexmorgan13

**Alexa** 🏅
@alexa99

**Alex Rodriguez** ✔



*Exhibit 16*

6:39   5G 8%

← **ari** ✕

arıkytsya

 **Ariana Grande Today** ✅
@ArianaToday
👤 Following

 **KYLESISTER** ✅
@AriTheDon

 **Arianna Huffington** ✅
@ariannahuff

 **Ari Lennox**
@AriLennox

 **Ariel Helwani** ✅
@arielhelwani

 **Tiffany Ariana Trump**
@TiffanyATrump

 **Ari Fleischer**
@AriFleischer

 **The Beat with Ari Melber** 📺 ✅
@TheBeatWithAri

||| ⬜ ‹

4:53   🔋🔇 5G 📶 84% ▮

Exhibit 17

← elo ✕

**elonmusk** ↖


**Elon Musk** ✓ ✖
@elonmusk


**Jeff Lynne's ELO** ✓
@JeffLynnesELO


**Elodie Yung**
@ElodieYung


**Z O ⚡ O** ✓
@Elozonam1


**Museo Dolores Olmedo**
@elolmedo_mx


**EL OTMANI Saad di...** سعد الدين العثماني
@Elotmanisaad


**Elodie Gossuin** 🦄🕊️👑
@Elodiegossuin


**ELoTRiX**
@ELoTRiX

||| ◯ ‹

*Exhibit 18*

*page 1/3*

Me:

what did Twitters search do prior to Elon Musk buying it?

Bard:

Twitter's search function prior to Elon Musk buying it was largely focused on finding tweets that matched specific keywords or phrases. Users could also search for tweets by date, location, or user. However, the search function was often criticized for being inaccurate and difficult to use.

In recent years, Twitter has made some improvements to its search function. For example, the company now allows users to search for tweets that include images or videos. However, there is still room for improvement. For example, the search function still does not allow users to search for tweets that have been deleted.

It is unclear what changes Elon Musk will make to Twitter's search function. However, he has said that he wants to make the platform more open and free. This suggests that he may make changes to the search function to make it easier for users to find the information they are looking for.

Here are some specific changes that Elon Musk could make to Twitter's search function:

Make the search function more accurate by better matching tweets to keywords and phrases.
Make the search function easier to use by providing more intuitive controls and options.
Allow users to search for tweets that have been deleted.
Add new features to the search function, such as the ability to search for tweets by sentiment or emotion.
It is too early to say what changes Elon Musk will make to Twitter's search function. However, his stated goals of making the platform more open and free suggest that he may make some significant changes to the search function.

Me:

so twitter search used to find tweets?

Bard:

Yes, that's correct. Twitter search used to find tweets. It allowed users to search for tweets that matched specific keywords or phrases, by date, location, or user. However, the search function was often criticized for being inaccurate and difficult to use.

In recent years, Twitter has made some improvements to its search function. For example, the company now allows users to search for tweets that include images or videos. However, there is still room for improvement. For example, the search function still does not allow users to search for tweets that have been deleted.

It is unclear what changes Elon Musk will make to Twitter's search function. However, he has said that he wants to make the platform more open and free. This suggests that he may make changes to the search function to make it easier for users to find the information they are looking for.

Here are some specific changes that Elon Musk could make to Twitter's search function:

Make the search function more accurate by better matching tweets to keywords and phrases.
Make the search function easier to use by providing more intuitive controls and options.
Allow users to search for tweets that have been deleted.
Add new features to the search function, such as the ability to search for tweets by sentiment or emotion.
It is too early to say what changes Elon Musk will make to Twitter's search function. However, his stated goals of making the platform more open and free suggest that he may make some significant changes to the search function.

Me:

does it still find tweets now? because i havent seen such a thing

Bard:

Yes, Twitter search still finds tweets. However, it is possible that you may not be seeing the tweets that you are looking for because of the following reasons:

Your search terms are too broad. Try using more specific keywords or phrases.
Your search terms are too narrow. Try using more general keywords or phrases.
You are not using the correct operators. Twitter search supports a number of operators that can help you to

narrow down your search results.
You are searching for a tweet that has been deleted. Twitter does not index deleted tweets, so you will not be able to find them in search results.
If you are still having trouble finding the tweets that you are looking for, you can try using the Twitter advanced search. This allows you to specify more details about your search, such as the date range, the language, and the location of the tweets.

Here are some tips for using Twitter search effectively:

Use specific keywords and phrases. The more specific your search terms, the more likely you are to find the tweets that you are looking for.
Use operators to narrow down your search results. For example, you can use the - operator to exclude certain keywords or phrases from your search.
Use the Twitter advanced search. This allows you to specify more details about your search, such as the date range, the language, and the location of the tweets.
Be patient. Twitter search can sometimes take a few minutes to return results.
I hope this helps!

Me:

So Twitters Old search used to find a word or a phrase in tweets, not individual characters. Is this correct?

Bard:

That is correct. Twitter's old search function only allowed users to search for tweets that matched specific keywords or phrases. It did not allow users to search for tweets that contained individual characters.

For example, if you searched for the keyword "dog", Twitter would only return tweets that included the word "dog". It would not return tweets that included the characters "d", "o", or "g" in any other order.

This was a limitation of the old search function. It made it difficult to find tweets that contained specific information, such as a phone number or a URL.

Twitter has since updated its search function to allow users to search for individual characters. This means that you can now find tweets that contain specific information, even if the information is not in a keyword or phrase.

For example, if you search for the character "@", Twitter will return tweets that include the @ symbol. It will also return tweets that include the characters "a", "t", and "o" in any other order.

The updated search function is a significant improvement over the old search function. It makes it much easier to find tweets that contain specific information.

Me:

Only with a character matching algorithm could we return account names as they appear now when we search in Twitter. Is this correct?

Bard:

That is correct. Twitter uses a character matching algorithm to return account names as they appear now when we search in Twitter. This algorithm allows Twitter to match tweets that contain individual characters, even if the characters are not in a keyword or phrase.

For example, if you search for the account name "elonmusk", Twitter will return tweets that include the characters "e", "l", "o", "n", and "m" in any order. This is because the character matching algorithm is able to match the individual characters in the account name, even though they are not in a specific order.

The character matching algorithm is a significant improvement over the old search function. It makes it much easier to find tweets that contain specific information, such as account names.

Here are some of the benefits of using a character matching algorithm in Twitter search:

It allows users to search for tweets that contain specific information, even if the information is not in a keyword or phrase.
It makes it easier to find tweets that contain account names.
It improves the accuracy of Twitter search results.
Overall, the use of a character matching algorithm in Twitter search is a significant improvement over the old search function. It makes it much easier for users to find the tweets that they are looking for.

*Exhibit 18*
*Page 7/3*

Me:

Before 2022, Twitter search algorithm used to search for full words in tweets in order to find an account they were looking for?


Bard:

Yes, that's correct. Before 2022, Twitter's search algorithm used to search for full words in tweets in order to find an account they were looking for. This meant that if you wanted to find the account for Elon Musk, you would have to search for the full word "ElonMusk". If you searched for just "Elon" or "Musk", Twitter would not return the account in the search results.

In 2022, Twitter updated its search algorithm to use a character matching algorithm. This means that you can now search for tweets that contain individual characters, even if the characters are not in a specific order. So, if you search for "Elon" or "Musk" on Twitter today, you will still be able to find the account for Elon Musk.

The use of a character matching algorithm in Twitter search is a significant improvement over the old search function. It makes it much easier for users to find the tweets that they are looking for, especially when they are looking for accounts with names that are not spelled out in full.

Here are some of the benefits of using a character matching algorithm in Twitter search:

It allows users to search for tweets that contain specific information, even if the information is not in a keyword or phrase.
It makes it easier to find tweets that contain account names.
It improves the accuracy of Twitter search results.
Overall, the use of a character matching algorithm in Twitter search is a significant improvement over the old search function. It makes it much easier for users to find the tweets that they are looking for.


Me:

so they didnt have a character matching algorithm before 2022?


Bard:

That's correct. Twitter did not have a character matching algorithm before 2022. This meant that the search function could only match tweets that contained full words or phrases. If you searched for a tweet that contained individual characters, but not in a specific order, the search function would not return the tweet in the results.

In 2022, Twitter updated its search algorithm to use a character matching algorithm. This means that the search function can now match tweets that contain individual characters, even if the characters are not in a specific order. This makes it much easier for users to find tweets that contain specific information, such as account names.

Here is a table that summarizes the differences between the old and new Twitter search algorithms: (AlgorithmDifferencesPriorTo2022.pdf)

Exhibit 19

| Feature | Old Algorithm | New Algorithm |
|---|---|---|
| How it matches tweets | Only matches full words or phrases | Matches individual characters, even if they are not in a specific order |
| How it handles account names | Only matches account names that are spelled out in full | Matches account names that are spelled out in full or that contain individual characters |
| How it improves the search experience | Makes it more difficult to find tweets that contain specific information | Makes it much easier to find tweets that contain specific information, such as account names |



≡  Bard (Experiment)

**+ New chat**

Recent

☐  what did Twitters sea...

☐  What is the difference...

☐  how much material is ...

‹  Show more

● San Francisco, CA, USA
From your IP address · Update
location

---

That's correct. Twitter did not have a character matching algorithm before 2022. This meant that the search function could only match tweets that contained full words or phrases. If you searched for a tweet that contained individual characters, but not in a specific order, the search function would not return the tweet in the results.

In 2022, Twitter updated its search algorithm to use a character matching algorithm. This means that the search function can now match tweets that contain individual characters, even if the characters are not in a specific order. This makes it much easier for users to find tweets that contain specific information, such as account names.

Here is a table that summarizes the differences between the old and new Twitter search algorithms:

| Feature | Old Algorithm | New Algorithm |
|---|---|---|
| How it matches tweets | Only matches full words or phrases | Matches individual characters, even if they are not in a specific order |
| How it handles account names | Only matches account names that are spelled out in full | Matches account names that are spelled out in full or that contain individual characters |
| How it improves the search experience | Makes it more difficult to find tweets that contain specific information | Makes it much easier to find tweets that contain specific information, such as account names |

⊞ Export to Sheets

⊕  Enter a prompt here

Bard may display inaccurate or offensive information that doesn't represent Google's views. Bard Privacy Notice

Exhibit
21

11:00

5G 35%

← **Instagram User**

Instagram

**View Profile**

Aug 2, 10:11 AM

Hey Elon 🙋‍♂️

Sep 19, 8:45 PM

We good?

Yesterday 10:17 PM

You're a real piece of $h!t

Swearing at me and demanding that I do things

Get back to Fortnite you little dweeb.

Today 6:00 AM

Dude i am really sorry

Message...

      

||| ◯ ‹

Exhibit 22

1:44    5G  85%

⌂  🔒 google.com/sear    +   2   ↑



☰    GOOGLE    B

🔍  elon musk copyrights    ✕

‹ All    News    Images    Videos    Maps

Sort by date

F  Fortune

Elon Musk called copyright a
'plague on humanity' and now
he's being sued for $250...

4 days ago



The Guardian

Music publishers sue Twitter
for $250m citing Elon Musk's
copyright stance

4 days ago



B B C NEWS

Elon Musk: Twitter sued by
music publishers for $250m

4 days ago

|||    ◯    ‹

Ex 416.17

eservice.eco.loc.gov/siebel/app/eservice/enu?SWECmd=GotoView&SWEView=LC+Upload+Deposit+List+View+(eService)&SWERF=1&SWEHo=&SWEBU=1&SWEApplet0=LC+Upload+...

Home | ⌷ | My Profile | Help | Contact Us | Log Out |

Copyright
United States Copyright Office

## Submit Your Work ⟶

To complete your submission, please submit the required copy(ies) of your work. You may (1) upload electronic files if the work meets the requirements, otherwise, you must (2) send the work by mail (do not do both).

(1) Upload your work(s): Please perform the following steps for the case(s) in the table below.

**Step 1:** Click the "Select files to upload" button. Using your computer's browser, select your files for the corresponding work then click the "Start upload" button.

**Step 2:** After uploading **all files** for this work, click the corresponding "Complete Your Submission" button. Files cannot be uploaded later than 5 days after your first file is received.

Please note: Files cannot be returned or deleted once uploaded. To avoid delays and/or a later effective date of registration, please verify the following before uploading a copy of your work(s):

- It is a category of work that may be uploaded
- It is an acceptable file type
- It is an acceptable file size

## Upload Your Work ⟶

| Case Details | Step 1: Select & Upload Files | Step 2: Complete Your Submission |
|---|---|---|
| **Case #:** 1-12747016421 <br> **Title:** Twitter Search Algorithm <br> **Volume:** <br> **Number:** <br> **Issue Date:** <br> **Type of Work:** Literary Work | | Claim submission completed; no further action required <br> Click here for more information <br> View Uploaded File Names |

1 - 1 of 1

◄◄  ◄  ▲  ▼  ►  ►►

## (2) Send Your Work(s) by Mail:

- Click the "Create Shipping Slip" button in the table below, a Shipping Slip link will appear in the Attachments column.
- Click the Shipping Slip link and print out and attach the shipping slip(s) to your deposit copy(ies). For multiple cases, be sure to attach shipping slips to the corresponding copies.
- Mail the deposit copy(ies) within 30 days to the Copyright Office address at the bottom of the slip. Note: Your effective date of registration will be based on the date on which we receive the copies **with corresponding shipping slips attached.**

Click "Home" after uploading files(s) or printing shipping slip(s). You may verify the submission in the open Cases table on your eCO Home page.

Exhibit
24

TWITTER / TECH / ELON MUSK

# Geohot resigns from Twitter

/ "Appreciate the opportunity, but didn't think there was any real impact I could make there."



*George Hotz is moving on from his Twitter internship.* Photo by Michael Zelenko / The Verge

By Jay Peters, a news editor who writes about technology, video games, and virtual worlds. He's submitted several accepted emoji proposals to the Unicode Consortium.

Dec 20, 2022, 8:36 PM PST | ☐ 92 Comments / 92 New

George Hotz, known for being the first person to carrier-unlock an iPhone and jailbreaking the PS3, both under his hacker alias "geohot," has resigned from his Twitter internship, he announced Tuesday evening on Twitter.

"Appreciate the opportunity, but didn't think there was any real impact I could make there," he wrote. He also said it was "sad" to see his GitHub "withering."



Exhibit
ZS

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Jun 14 04:07:22 EDT 2023

Please logout when you are done to release system resources allocated for you.

Start   List At: | | OR | Jump | to record: | | 13 Record(s) found (This page: 1 ~ 13)

Refine Search: | (Virtual Pay)[COMB] | Submit

Current Search: S1: (Virtual Pay)[COMB] docs: 13 occ: 57

Export displayed results (1 ~ 13) [CSV]

| Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead | Class(es) |
|---|---|---|---|---|---|
| 1 | 97046070 | 7007754 | MXKPAY THE #1 VIRTUAL CARD CORPORATE EXPENSE MANAGEMENT PLATFORM | TSDR | LIVE | |
| 2 | 90001778 | | VIRTUAL PAY | TSDR | DEAD | |
| 3 | 85021336 | 4261748 | VIRTUAL GIFT CARD MALL PICOMO PAY VISIT NOW | TSDR | DEAD | 035 |
| 4 | 85058172 | 4023633 | VC PAY | TSDR | DEAD | 036 |
| 5 | 85896946 | | VIRTUAL PIGGY PAY | TSDR | DEAD | 036; 042 |
| 6 | 86022256 | | VIRTUAL PAYCHEX PEOPLE ARE SMART | TSDR | DEAD | 035 |
| 7 | 78515707 | | VIRTUAL CHECK PAY | TSDR | DEAD | 036 |
| 8 | 78381465 | 2991982 | PAY-ME-NOW.COM PAYMENT GATEWAY AND VIRTUAL TERMINAL | TSDR | DEAD | 036 |
| 9 | 77793335 | | PAYTRIX VIRTUAL CHECK PAY | TSDR | DEAD | 036 |
| 10 | 75641824 | 2354213 | VIRTUAL PAYROLL | TSDR | DEAD | 035 |
| 11 | 75641823 | 2340662 | VIRTUAL PAYROLL | TSDR | DEAD | 035 |
| 12 | 75328030 | 2165951 | NPC VIRTUALPAY | TSDR | DEAD | 036 |
| 13 | 75134698 | 2266055 | NPC VIRTUAL PAY | TSDR | DEAD | 036 |

Export displayed results (1 ~ 13) [CSV]

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit 26

10:00      5G 39%

←    virtual pay        🔍    🎤

[ Rating ▾ ]    [ New ]



**Empower: Instant Cash Advance.**
Ad • Empower Finance • Finance
*Good Credit Not Required*
4.7 ★   ⬇ 1M+



**EarnIn: Your Money in Advance**
Ad • Activehours Inc. • Finance
*Rethink the Way You Get Paid.*
4.6 ★   ⬇ 5M+



**Chime – Mobile Banking**
Ad • Chime • Finance
*Download Chime® App Today*
☑ Installed



**Virtual Pay**
Virtual Lifesavers • Finance
☑ Installed      ⌄



**Google Pay: Save and Pay**
Goo… • Finance • Taxes • Loans
☑ Installed      ⌃

From the publisher

Send money, shop, pay bills &
earn rewards — plus a secure
mobile wallet

|||      ◯      ‹

Exhibit 27

Page 1/2

← ↓ Ç ⊞ patentcenter.uspto.gov/submissions-filing/submissions/83a99d400-b75f-4e27-84ac-17edf2370eec/submission-receipt?category=NewSubmissions

◀ Your patent submission has been received by the USPTO

⚠ **Reminder:** As a Guest user, you are strongly advised to "pay fees now" after submitting, or use an alternative method to pay fees on the same day (ET), to avoid a surcharge for late payment. Guest users are unable to access a submitted application to pay fees online after the initial submission session.

## Submission receipt

| Application # | Confirmation # | Patent center # | Received |
|---|---|---|---|
| 18/465,146 | 3106 | 62776791 | 09/11/2023 10:48:54 PM ET |

Print 🖶    ✉ Email    Save as... 🖫

# uspto  UNITED STATES PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

## ELECTRONIC ACKNOWLEDGEMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | PATENT # | ATTORNEY DOCKET # |
|---|---|---|---|
| 18/465,146 ET | 09/11/2023 10:48:54 PM ET | - | - |

### Title of Invention
Alphabetical Search Engine

### Application Information

| APPLICATION TYPE | PATENT # | FILED BY |
|---|---|---|
| Utility-Nonprovisional Application under 35 USC 111(a) | - | Bradley Hullinger |

| CONFIRMATION # | | |
|---|---|---|
| 3106 | | |

Based on your selection during submission, total fees due at this time

## $64.00

**Pay fees now**

(Additional charges may be incurred if required fees are not timely paid)

skip fee for now

⚠ The "File an Assignment of Ownership" link is temporarily unavailable. Please access the Assignments system directly at http://epas.uspto.gov

**File another patent application**

Back to home page

patentcenter.uspto.gov/pair/submissions-filing/submissions/8349b400-b75f-4e27-84ac-17edf2370eec/submission-receipt?category=NewSubmissions

The "File an Assignment of Ownership" link is temporarily unavailable. Please access the Assignments system directly at https://epas.uspto.gov

**File another patent application**

Back to home page

# Title of Invention
## Alphabetical Search Engine

## Application Information

| | |
|---|---|
| APPLICATION TYPE | Utility - Nonprovisional Application under 35 USC 111(a) |
| CONFIRMATION # | 3106 |
| PATENT CENTER # | 62776791 |
| CUSTOMER # | - |
| CORRESPONDENCE ADDRESS | Bradley Carl Hullinger 77 Cortland Ave. San Francisco, CA 94110 US |

| | |
|---|---|
| PATENT # | - |
| FILED BY | Bradley Hullinger |
| FILING DATE | - |
| FIRST NAMED INVENTOR | Bradley Carl Hullinger |
| AUTHORIZED BY | - |

## Documents

TOTAL DOCUMENTS: 1

| DOCUMENT | PAGES | DESCRIPTION | SIZE (KB) |
|---|---|---|---|
| generated405627679I.pdf | 5 | Application Data Sheet | 118 KB |

### Digest

| DOCUMENT | MESSAGE DIGEST (SHA-512) |
|---|---|
| generated405627679I.pdf | 22FC98110298BFF6892D42FC4269A909FA82D71DC81CAA49DEA 643E652D090A5D24584A6B01273BE7AA5EC8A80C49B96BD744B 374E12A096F971F88B400380212E |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.



Exhibit 28



← → C 🔒 eservice.eco.loc.gov/siebel/app/eservice/enu?SWENeedContext=false&SWECmd=GotoView&SWEView=Home+Page+View+(eService)&SWEC=10&SWEBID=-1&SWETS=

Home | 🛒 | My Profile | Help | Contact Us | Log Out |



### Copyright
United States Copyright Office

**COPYRIGHT HOME**

eCO Registration Case Status

Open Cases
Processing Cases
All Cases
All Company's Cases
Search My Cases
Status Definitions
Company's Applications

Copyright Registration
Start a New Application
Register a Work
*Standard Application*
*This Application may NOT be used to submit a "Group of Unpublished Works." See below to register multiple unpublished works*

Other Registration Options
*Note: Restrictions Apply*
Register Certain Groups of Published Works
Register a Group of Photographs
Register a Group of Unpublished Works
Register One Work by One Author
Correct or Amplify an Existing Registration

Other Services
*Note: Substantial Fees Required*
Request Registration of Certain Types of Work

Miscellaneous
Copy an Existing Template
Make a Recordation/Deposit Account

Additional Copyright Services
Access Copyright Office Information

Miscellaneous
Ask a Question
Read our Circulars
Search Online Records

---

# Electronic Copyright Office (eCO)

### Welcome, Brad!

- **Please disable your browser's pop-up blocker**
- What's new in eCO?
- For copyright registration information, instructions, helpful tips and FAQs, click here
- If you received a Notice for Mandatory Deposit for an electronic work and need more information or help, click here

## Open Cases

**Query**

| Case # | Status | Opened | Title of Work | Vol/Num/Issue | Month Year | Type of Work | Appl. Format | Appl. Form | Fee Paid | Upload Status | Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-13008813981 | Open | 09/19/2023 | Alphabetical Search Engine | | | Literary Work | Standard | | $65.00 | Complete | |

1 - 1 of 1

---

## *eCO information*

**IMPORTANT NOTE:** You may register up to 10 unpublished works on the same application. To do so, YOU MUST SELECT the link for "Register a Group of Unpublished Works." Click here to watch a video that provides step-by-step instructions for completing the application for a "Group of Unpublished Works."

The "Standard Application" MAY NOT BE USED to register a "collection" of unpublished works. If you submit 2 or more unpublished works on the "Standard Application" the Copyright Office may register only 1 of your works and remove the remaining works from the claim. To register those works you will need to resubmit them using an appropriate application form.

The eCO Registration System will be offline every weekend from 10:00 PM Saturday until 6:00 AM Sunday (Eastern Time) for scheduled maintenance.

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright...

Take Our Survey!

javascript:void(0);

```
import java.sql.Connection;
import java.sql.SQLException;
import java.sql.Statement;
import java.sql.DriverManager;
import java.sql.ResultSet;
import java.util.Scanner;
import java.util.Date;
import java.util.ArrayList;
import java.util.Collections;
import java.lang.Character;


public class DatabaseSorter2
{
        String tableChoiceFinal = "";

    public static void main(String[] args) {

        DatabaseSorter2 sorter = new DatabaseSorter2();
        Connection connection;
        Statement database;
        String row1 = "AccountName";
        String row2 = "AccountNum";
         //Letters will just be represented by 0 - 25
        //ie AccountNamesLetter0, AccountNamesLetter1
        //This is how we will create the tables
        String tableChoice = "AccountNamesLetter";
        String tableSingle = "AccountNamesSortedByLetter";
        ArrayList<String> list = new ArrayList<>();
        ArrayList<String> list2 = new ArrayList<>();
        ResultSet result;
        ResultSet result2;
        ResultSet result3;
        //ResultSet starts at 1
        int x = 0;
        int g = 1;
        int v = 0;
        int a = 0;
        int numOfAlphabetChars = 26;
        int lengthOfTable = 0;
        int lengthOfTwitterTable = 0;
        try{
        Class.forName("com.mysql.jdbc.Driver");
        connection = DriverManager.getConnection(
                "jdbc:mysql://localhost:3306/AlphabeticalSearchEngine","root","root");
        database = connection.createStatement();
        //This value could be used for
        result2 = database.execute("SELECT COUNT(*) FROM Twitter");
        while(result2.next())
            {
            lengthOfTwitterTable = result2.getLong(1);
            }
        }catch(SQLException e)
        {
        }
        try{
        result = database.executeQuery("SELECT AccountName FROM Twitter");

            while(result.next())
            {
            list.add(result.getString(g));
            g++;
            }
            g = 1;
        }catch(Exception e)
        {
        }
        //We can go ahead and sort our list here, ill just do the
        //Collections method to make it short
        //Alphabetical sort
        Collections.sort(list);
        System.out.println("Do you want seperate tables or single table?");
        System.out.println("Make sure entries are lowerCase");
        System.out.println("Enter seperate for seperate and enter single for single table");
        Scanner myObj = new Scanner(System.in);
```

Exhibit 29

page 2/7

```java
        String choice = myObj.nextLine();

        if(choice == "seperate" && input != "search")
        {
            //You can adjust this for whatever you want, but
            //the AccountName is enough, cuz the the url is
            //just x.com/user_name or twitter.com/user_name
            for(int i = 0; i < numOfAlphabetChars; i++)
            {
                try{
                database.execute("DROP TABLE IF EXISTS " + tableChoice + String.valueOf(i));
                }catch(Exception e)
                {

                }
            }
            for(int i = 0; i < numOfAlphabetChars; i++)
            {
                try{
                database.execute("CREATE TABLE " + tableChoice + String.valueOf(i) + " (" + row1 + "
VarChar(20), " + row2 + " VarChar(20))");
                }catch(Exception e)
                {

                }
            }
            for(int i = 0; i < numOfAlphabetChars; i++)
            {
                for( ; ; )
                {
                    try{
                    database.execute("INSERT INTO " + tableChoice + String.valueOf(i) + " (" + row1 + ", " +
row2 + ") VALUES (" + "'" + list.get(x) + "'" + ", " + "'" + String.valueOf(lengthOfTable) + "'" + ")");
                    x++;
                    lengthOfTable++;
                    }catch(Exception e)
                    {
                    }
                    try{
                      if(list.get(v).charAt(0) != list.get(g).charAt(0))
                        {
                        //This will make sure the AccountNum of the each seperate
                        //table starts
                        lengthOfTable = 0;
                        break;
                        }
                    }catch(Exception e)
                    {
                        lengthOfTable = 0;
                        break;
                    }
                    v++;
                    g++;
                }
                database.execute("ALTER TABLE " + tableChoice + String.valueOf(i) + " ADD Password
VarChar2(20)");
            }
            v = 0;
            g = 1;
            //We can create a new column for the passwords to retrieve them
            int b = 0;
            for(int i = 0; i < lengthOfTwitterTable; i++)
            {
                try{
                    result3 = database.executeQuery("SELECT Password FROM Twitter WHERE AccountName = " +
list.get(x));

                    while(result3.next())
                    {
                    list2.add(result3.getString(g));
                    g++;
                    }
                    g = 1;
                    while(result3.next())
                    {
```

Exhibit 29
3/7

```
                         result3.absolute(m);
                         result3.deleteRow();
                         m++;
                    }
                    x++;
                }catch(Exception e)
                {
                }
            }
            m = 0;
            x = 0;
            //Add the passwords in order the would be arranged according to the values in list with
AccountNames
            for(int i = 0; i < numOfAlphabetChars; i++)
            {
                for( ; ; )
                {
                    try{
                        database.execute("UPDATE " + tableChoice + String.valueOf(i) + " SET Password = " +
"'" + list2.get(x) + "'" + " WHERE AccountName = " + "'" + list.get(x) + "'" + " AND AccountNum = + '" +
String.valueOf(lengthOfTable) + "'");
                        x++;
                        lengthOfTable++;
                    }catch(Exception e)
                    {
                    }
                    try{
                        if(list.get(v).charAt(0) != list.get(g).charAt(0))
                        {
                        lengthOfTable = 0;
                        break;
                        }
                    }catch(Exception e)
                    {
                        lengthOfTable = 0;
                        break;
                    }
                    v++;
                    g++;
                }
            }
            x = 0;
        }
        v = 0;
        g = 1;
        if(choice == "single" && choice != "search")
            {
            try{
            database.execute("DROP TABLE IF EXISTS " + tableSingle);
            database.execute("CREATE TABLE " + tableSingle + " (" + row1 + " VarChar(20), " + row2 + "
VarChar(20))");
            for(int i = 0; i < list.size(); i++)
            {
                for( ; ; )
                {
                    try{
                    database.execute("INSERT INTO " + tableSingle + " (" + row1 + ",  " + row2 + ") VALUES ("
+ "'" + list.get(x) + "'" + ", " + "'" + String.valueOf(x) + "'" + ")");
                    x++;
                    }catch(Exception e)
                    {
                    }
                    try{
                        if(list.get(v).charAt(0) != list.get(g).charAt(0))
                        {
                        break;
                        }
                    }catch(Exception e)
                    {
                        break;
                    }
                    v++;
                    g++;
                }
            }
```

```
            }catch(Exception e)
            {
            }
}
//Here we could do a login essentially
for( ; ; )
{
System.out.println("Please enter your username");
myObj = new Scanner(System.in);
String name = myObj.nextLine();
System.out.println("Please enter your password");
myObj = new Scanner(System.in);
String pass = myObj.nextLine();
int upperCase = 97;
int lowercase = 65;
for(int i = 0; i < numOfAlphabetChars; i++)
{
//Set table number or table name.
char[] nameToken = name.toCharArray();
//Search through the haracters
for (char ch = 'a'; ch <= 'z'; ch++)
{
    if (nameToken[0] == Character.isLetter(ch))
    {
        //about to add more
        try{
        table = tableChoice + String.valueOf(a);
        sorter.setTableFinal(table);
        }catch(Exception e)
        {
        }
    }
    a++;
}
a = 0;
}
boolean acceptLogin = sorter.login(name, pass);
if(acceptLogin)
{
        break;
}else{
    System.out.println("The password does not match");
    System.out.println("Please try again");
}
}
//Once logged in, we would progress to the search functionality of an application
String table = "";
//Enter search code in your regular application to grab
//data from the appropriate table name.
System.out.println("What would you like to do now?");
System.out.println("Make sure entries are lowerCase");
System.out.println("Enter 'search' if you would like to perform a search");
myObj = new Scanner(System.in);
choice = myObj.nextLine();

if(choice == "search")
{
    int upperCase = 97;
    int lowercase = 65;
    System.out.println("Enter your search");
    Scanner myObj = new Scanner(System.in);
    String input = myObj.nextLine();
    //Split our input into char array
    char[] inputToken = input.toCharArray();
    //Search through the characters and check position 1 of the char array
    for (char ch = 'a'; ch <= 'z'; ch++)
    {
    if (inputToken[0] == Character.isLetter(ch))
    {
        //about to add more
        try{
        table = tableChoice + String.valueOf(a);
        sorter.setTableFinal(table);
        }catch(Exception e)
        {
```

Exhibit 29

5/7

```
            }
        }
        a++;
        }
        a = 0;
        //Here would go our search code, so all of the code above could go
        //somewhere in an application after the Main Table holding every account
        //is created, and before our search. We will need the first character to be
        //"search driver" so unfortunately we if we use
        //"SELECT AccountName AS MatchingChars WHERE LIKE CONCAT(%, input, %)
        //ORDER BY MatchingChars(AccountName) DESC;" it will just waste resources.
        //For example, if you look for lee you wouldnt find tommyleejones unless you
        //Leave AccountNamesTable10 or the table for "l" as in "love"

        sorter.search(input);
    }
}

public static void search(String input)
    {
        //Here would go a classic search method
        //This is not what i am trying to patent necessarily,
        //it is classic counter for characters in a row,
        //not the novelty of this patent.
        char[] array1 = input.toCharArray();
        Connection connection;
        Statement database;
        ArrayList<String> array2 = new ArrayList<String>();
        try{
        Class.forName("com.mysql.jdbc.Driver");
        Connection connection = DriverManager.getConnection(
            "jdbc:mysql://localhost:3306/AlphabeticalSearchEngine","root","root");
        Statement database = connection.createStatement();
        ResultSet result = database.executeQuery("SELECT COUNT(*) FROM " + getFinalTable());
        }catch(SQLException e)
        {
        }
        Integer length = 0;
        try{
            while(result.next())
            {
            length = result.getLong(1);
            }
        }catch(Exception e)
        {
        }
        Long length2 = new Long(length);
        long c = 1;
        ResultSet names;
        for(long b = 0; b < length2; b++)
        {
            try{
            names = database.executeQuery("SELECT AccountName FROM " + getFinalTable() + " WHERE AccountNum =
" + String.valueOf(b));
            while(names.next())
            {
            array2.add(names.getString(c));
            c++;
            }
            c = 1;
            while(names.next())
            {
            names.absolute(c);
            names.deleteRow();
            c++;
            }
            c = 1;
            }catch(SQLException e)
            {
            }
        }
        int charsInARow = 0;
        ArrayList<Integer> array3 = new ArrayList<Integer>();
        long x = 0;
        //This is a simple algorithm for counting characters in a row,
```

Ex4bit 29
6/7 Datt

```java
//This isnt what im trying to
for(long i = 0; i < length2; i++)
{
    char[] array2Token = array2.get(i).toCharArray();
    for(int z = 0; z < array2Token.length; z++)
    {
        if(z == array1.length)
        {
            break;
        }

        if(array1[z] == array2Token[z])
        {
            charsInARow = charsInARow + 1;
        }else{
            break;
        }
    }
    if(charsInARow == array2token.length)
    {
        charsInARow = charsInARow + 3;
    }
    //Give the entries with the same charsInARow higher values for HashMap key reference
    //so that we can distinguish between values and we dont get duplicates in our output
    //when we use the values for referencing account number.
    if(charsInARow > 0)
    {
        while(x < array3.size())
        {
            if(array3.get(x).equals(charsInARow))
            {
                charsInARow++;
            }
            x++;
        }
        x = 0;
    }
    if(array1.length > 1)
    {
        if(charsInARow > 1)
        {
        array3.add(charsInARow);
        }else{
        array3.add(0);
        }
    }
    if(array1.length < 2)
    {
        array3.add(charsInARow);
    }
    charsInARow = 0;
}
HashMap<Integer, String> map = new HashMap<>();
for(long b = 0; b < length2; b++)
{
    map.put(array3.get(b), String.valueOf(b));
}
Collections.sort(array3, Collections.reverseOrder());
int m = 1;
int n = 0;
String[] array7 = new String[num];
ResultSet topResult;
int num = 75;
for(int i = 0; i < num; i++)
{
    try{
        if(array3.get(i) > 0)
        {
            topResult = database.executeQuery("SELECT AccountName FROM " + getFinalTable() + " WHERE
AccountNum = " + map.get(array3.get(i)));
            while(topResult.next())
            {
                array7[n] = topResult.getString(m);
                n++;
                m++;
```

Exhibit 21
7/7

```java
                    }
                    m = 1;
                    while(topResult.next())
                    {
                        topResult.absolute(m);
                        topResult.deleteRow();
                        m++;
                    }
                    m = 1;
                }
            }catch(Exception e)
            {

            }
        }
        for(int i = 0; i < array7.length; i++)
        {
            System.out.println(Arrays.toString(array7[i]));
        }
    }

    public static boolean login(String name, String password)
    {
        ResultSet result4;
        String pass2 = "";
        try{
        result4 = database.executeQuery("SELECT Password FROM " + getFinalTable() + " WHERE AccountName = " +
name);
            while(result4.next())
            {
            pass2 = result4.getString(g);
            g++;
            }
            g = 1;
        }catch(Exception e)
        {
        }
        if(password == pass2)
        {
            return true;
        }else{
            return false;
        }
    }

    public static void setTableFinal(String name)
    {
        tableChoiceFinal = name;
    }

    public static String[] getTableFinal()
    {
        return tableChoiceFinal;
    }
}
```

Exhibit 30

Search input: "b" for Search.java



Please enter the name you are searching for
b
Account: billmurray matches your search
array[104]  Account number 105
has the most matching characters to your search
Account: brucelee matches your search
array[101]  Account number 102
has the most matching characters to your search
Account: bensiller matches your search
array[89]   Account number 90
has the most matching characters to your search
Account: pricewills matches your search
array[87]   Account number 88
has the most matching characters to your search
Account: blakelively matches your search
array[53]   Account number 54
has the most matching characters to your search
Account: bradpitt matches your search
array[41]   Account number 42
has the most matching characters to your search
Account: beyonce matches your search
array[35]   Account number 36
has the most matching characters to your search
Account: billgates matches your search
array[33]   Account number 34
has the most matching characters to your search
Account: billjones matches your search
array[21]   Account number 22
has the most matching characters to your search
Account: bradhullinger matches your search
array[18]   Account number 19
has the most matching characters to your search
Account: bradleycooper matches your search
array[17]   Account number 18
has the most matching characters to your search
has the most matching characters to your search

...Program finished with exit code 0
Press ENTER to exit console.

Exhibit 31

Running Search.java looks something like this:

Search.java

Search input: "brad" for Search.java



Exhibit 32

Search input: "bradp" for Search.java

SPONSOR  PayJunction — Accelerate your development time and bring your payment solution to market faster. ✕

OnlineGDB beta

online compiler and debugger for c/c++

code. compile. run. debug. share.

IDE

My Projects

Classroom new

Learn Programming

Programming Questions

Sign Up

Login

GOT AN OPINION?
SHARE AND GET REWARDED.
OhSoJuicyAd

Have fun taking surveys
and get paid!

▶ Run    ⊘ Debug    ■ Stop    ⟳ Share    ⊢ Save    { } Beautify    ⬆

Online Java Compiler - online ×    +

🔒 onlinegdb.com/online_java_compiler

input

Language J

```
Please enter the name you are searching for
bradp
Account: bradpitt matches your search
array[41]  Account number 42
has the most matching characters to your search
Account: bradhullinger matches your search
array[18]  Account number 19
has the most matching characters to your search
Account: bradleycooper matches your search
array[17]  Account number 18
has the most matching characters to your search
Account: brucelee matches your search
array[101]  Account number 102
has the most matching characters to your search
Account: brucewillis matches your search
array[87]  Account number 88
has the most matching characters to your search

...Program finished with exit code 0
Press ENTER to exit console.
```

Exhibit 33

Search input: "ja" for Search.java



```
Please enter the name you are searching for
ja
Account: jasonstatham matches your search
array[105]   Account number 106
has the most matching characters to your search
Account: jacknicholson matches your search
array[103]   Account number 104
has the most matching characters to your search
Account: jackiechan matches your search
array[72]   Account number  73
has the most matching characters to your search
Account: jacobjohn matches your search
array[1]   Account number  2
has the most matching characters to your search

...Program finished with exit code 0
Press ENTER to exit console.
```