Clear Form

FILED

OCT 30 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Bradley Carl Hullinger, Plaintiff,

vs.

X Corp, Defendant.

CASE NO. CV23-5590 HSG

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Bradley Carl Hullinger, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ____  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 0   Net: 0

Employer: N/A.

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary 10/05/2023 BCH 09/13/2023 At the community center on Eddy St. and Polk St.

-1-

1  and wages per month which you received.

2  09/13/2023 ~~09/25/2023~~ is when I got my last paycheck

3  for the job at the community center, located

4  at Polk St. and Eddy St. it was $484.73

5  2.  Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7     a.  Business, Profession or           Yes ✓  No ___

8         self employment?

9     b.  Income from stocks, bonds,       Yes ___ No ✓

10        or royalties?

11    c.  Rent payments?                   Yes ___ No ✓

12    d.  Pensions, annuities, or          Yes ___ No ✓

13        life insurance payments?

14    e.  Federal or State welfare payments, Yes ✓  No ___

15        Social Security or other govern-

16        ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 I have had 2 seperate jobs while in California,

20 San Francisco. One as a thirdParty to Comcast, one

21 at the San Francisco community center as a dishwasher

   3.  Are you married?                    Yes ___ No ✓

22 Spouse's Full Name: N/A

23 Spouse's Place of Employment: N/A

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $ 0                        Net $ 0

26 4.  a.  List amount you contribute to your spouse's support: $ 0

27    b.  List the persons other than your spouse who are dependent upon you for support

28        and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

N/A

5. Do you own or are you buying a home?  Yes ___ No ✓
Estimated Market Value: $ 0   Amount of Mortgage: $ 0

6. Do you own an automobile?  Yes ___ No ✓
Make N/A   Year N/A   Model N/A
Is it financed? Yes ___ No ✓  If so, Total due: $ 0
Monthly Payment: $ 0

7. Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)
Name(s) and address(es) of bank: Chase Bank.

Present balance(s): $ $1
Do you own any cash? Yes ___ No ✓ Amount: $ 0
Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No ✓

8. What are your monthly expenses?
Rent: $ 350 per week   Utilities: 0
Food: $ 0   Clothing: $ 0
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| Capital One | $ 30 | $ 600 |
| Wells Fargo | $ 0 | $ 500 |
|  | $ | $ |

9. Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

Student debt $26,000

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Superior Court of San Francisco.
Case # CGC-23-607481

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

10/30/2023                               Be Nl
DATE                                     SIGNATURE OF APPLICANT