UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY CARL HULLINGER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>X CORP., INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-05590-HSG<br><br>**ORDER DISMISSING COMPLAINT** |

On June 17, 2024, the Court denied Plaintiff Bradley Carl Hullinger's motion to proceed in forma pauperis and dismissed his complaint with leave to amend. Dkt. No. 9 at 4. The Court set a deadline of July 19, 2024, for Plaintiff to file any amended complaint. *Id.* The Clerk mailed a copy of the Court's order to Plaintiff's address of record at 5714-5720 International Blvd., Oakland, CA, 94102, but it was returned to the Court as undeliverable on July 8, 2024. *See* Dkt. No. 10. Prior to that, the last two notices that the Court mailed to Plaintiff were also returned as undeliverable in February 2024. *See* Dkt. Nos. 7, 8. As of the date of this order, Plaintiff has not filed an amended complaint. It appears that the Court last received a written communication from Plaintiff in November 2023. *See* Dkt. No. 5.

The Court finds that Plaintiff's failure to update his address of record and failure to communicate with the Court warrant dismissal of his complaint without prejudice. Parties proceeding pro se have a duty to promptly notify the Court and opposing parties if their address changes while an action is pending. Civil L.R. 3-11(a). As such, the Court may dismiss a complaint without prejudice when 1) mail directed to a pro se party by the Court has been returned to the Court as undeliverable, and 2) the Court fails to receive a written communication from that party within 60 days after the party's mail was returned. *See id.* 3-11(b). The Court has not

received any written communication from Plaintiff since mail directed to him by the Court was returned as undeliverable in February 2024 and again in July 2024. Accordingly, the Court **DISMISSES** Plaintiff's complaint without prejudice. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

Dated: 2/13/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge